**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Case No. 14-44269 |
|---|---|
| RASHAD MUHAMMAD | |
| KIMBERLY MUHAMMAD | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/11/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/06/2015.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:   $1,005.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 193.52 | 193.52 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 616.81 | 616.81 | 616.81 | 0.00 | 0.00 |
| CCI | Unsecured | 1,274.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CALUMET CITY | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Secured | 1,200.00 | NA | 1,200.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCE | Secured | NA | 3,308.82 | 3,308.82 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCE | Unsecured | NA | NA | 3,308.82 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,300.00 | 3,648.00 | 3,648.00 | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CNAC/MI106 | Secured | 3,700.00 | NA | 5,613.00 | 0.00 | 0.00 |
| CNAC/MI106 | Unsecured | 1,913.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 2,500.00 | 3,433.59 | 3,433.59 | 0.00 | 0.00 |
| COMMUNITY HOSPITAL | Unsecured | 2,614.00 | 2,614.64 | 2,614.64 | 0.00 | 0.00 |
| Convergent | Unsecured | 624.93 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 3,316.00 | NA | 3,316.00 | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | 604.00 | 604.21 | 604.21 | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | NA | 1,459.32 | 1,459.32 | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 3,509.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,750.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,565.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,109.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY CARE HEALTH ORG | Unsecured | 836.00 | NA | NA | 0.00 | 0.00 |
| FARMERS INSURANCE GROUP | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 21,631.00 | NA | NA | 0.00 | 0.00 |
| Macy's Civil Demand Processing Unit | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| Mci | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PHYSICIAN GROUP | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| MUNSTER RADIOLOGY GROUP | Unsecured | 500.00 | 36.00 | 36.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 6,995.00 | 18,074.67 | 18,074.67 | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 6,043.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PAYDAY LOAN STORE OF IL INC | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 3,500.00 | 3,352.97 | 3,352.97 | 0.00 | 0.00 |
| REWARDS 66 DAKOTA STATE BANK | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| RIVERDALE FUNDING | Secured | 225,000.00 | NA | NA | 0.00 | 0.00 |
| RIVERDALE FUNDING | Secured | 0.00 | NA | 225,000.00 | 0.00 | 0.00 |
| SINAI MEDICAL GROUP | Unsecured | 1,380.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 649.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 851.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,053.50 | NA | NA | 0.00 | 0.00 |
| ST JAMES RADIOLOGISTS | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES RADIOLOGISTS | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Title max | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Title max | Secured | 2,000.00 | NA | 4,000.00 | 0.00 | 0.00 |
| US BANK NA | Unsecured | 530.00 | 640.83 | 640.83 | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 29,500.00 | 29,281.76 | 29,281.76 | 0.00 | 0.00 |
| VILLAGE OF DOLTON | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF DOLTON | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF DOLTON | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EAST HAZEL CREST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EAST HAZEL CREST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EAST HAZEL CREST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EAST HAZEL CREST | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EAST HAZEL CREST | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HOMEWOOD | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Village Of South Holland Il | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village Of South Holland Il | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village Of South Holland Il | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village Of South Holland Il | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WATERS OF NORTH AMERICA | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEALTH | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $225,000.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,613.00 | $0.00 | $0.00 |
| All Other Secured | $7,824.82 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$242,437.82** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$67,265.14** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/13/2015                          By: /s/ Tom Vaughn
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**